20251003122944

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** | |
| EFFECTED (1) BY ME: Dou Anderson | |
| TITLE: **PROCESS SERVER** | DATE: 10/7/2025  10:42 am |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

BEAVER VALLEY HOSPITALITY ASSOCIATES I, L.P

Place where served:

380 SOUTHPOINTE BLVD SUITE 400   CANONSBURG  PA  15317

[✓] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Peg Rhoades

Relationship to defendant   accounting assistant

Description of Person Accepting Service:

SEX: f   AGE: 50   HEIGHT: 5'5   WEIGHT: 140   SKIN: W   HAIR: blonde   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 10/15/2025

SIGNATURE OF Dou Anderson   L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   LEONARD E. SEAMAN, ESQ.
PLAINTIFF:   CHARLES P FIELD
DEFENDANT:  BEAVER VALLEY HOSPITALITY ASSOCIATES I, L.P., ET AL
VENUE:      DISTRICT
DOCKET:     3 25 CV 11278 GC TJB
COMMENT: