20251003122654

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET**
EFFECTED (1) BY ME: Don Anderson
TITLE: PROCESS SERVER

DATE:10/7/2025 @ 10:42 am

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

{ } Served personally upon the defendant

BEAVER VALLEY HOSPITALITY ACCOCIATES II, L.P

Place where served:

380 SOUTHPOINTE BLVD SUITE 400   CANONSBURG PA 15317

[✓] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Peg Rhoades

Relationship to defendant    accounting assistant

Description of Person Accepting Service:

SEX: f   AGE: 50   HEIGHT: 5'5   WEIGHT: 140   SKIN: W   HAIR: blonde   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 10/15/2025                                                                        L.S.

SIGNATURE OF Don Anderson
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    LEONARD E. SEAMAN, ESQ.
PLAINTIFF:    CHARLES P FIELD
DEFENDANT:    BEAVER VALLEY HOSPITALITY ASSOCIATES I, L.P., ET AL
VENUE:    DISTRICT
DOCKET:    3 25 CV 11278 GC TJB
COMMENT: