**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHARLES P. FIELD,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>BEAVER VALLEY HOSPITALITY ASSOCIATES I, L.P.; BEAVER VALLEY HOSPITALITY ASSOCIATES, II; MILLCRAFT HOSPITALITY MANAGEMENT, INC.,MILLCRAFT HOSPITALITY, L.P. (doing business as "PIATT HOTEL GROUP"), collectively doing business as "HILTON GARDEN INN BEAVER VALLEY," John Does(s) (1 through 10), ABC Corp(s) (1 through 10), XYZ Partnership(s) (1 through 10)<br><br>　　　　Defendant(s) | Civil Action No. 3:25-cv-11278<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br>[Local Civil Rule 6.1(b)] |

Application is hereby made for a Clerk's Order extending time within which defendant Central Dispatch LLC may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on October 7, 2025;
3. Time to Answer, move or otherwise Reply expires on October 28, 2025.

By: _____

**GOLDBERG SEGALLA LLP**
Mailing address:  PO Box 580, Buffalo, NY 14201
301 Carnegie Center, Suite 200
Princeton, NJ 08540-6587
609-986-1300/
Attorneys for Defendants Beaver Valley Hospitality Associates I, L.P.; Beaver Valley Hospitality Associates, II; Millcraft Hospitality Management, Inc., Millcraft Hospitality, L.P.

Dated October 22, 2025

**ORDER**

       The above application is ORDERED GRANTED.  Defendant's time to answer, move or otherwise reply is extended November 11, 2025.

ORDER DATED: _____

                                                                                     By:_____
                                                                                      Deputy Clerk