UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES FIELD,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>BEAVER VALLEY HOSPITALITY ASSOCIATES I, L.P.; BEAVER VALLEY HOSPITALITY ASSOCIATES, II; MILLCRAFT HOSPITALITY MANAGEMENT, INC.,MILLCRAFT HOSPITALITY, L.P. (doing business as "PIATT HOTEL GROUP"), collectively doing business as "HILTON GARDEN INN BEAVER VALLEY," John Does(s) (1 through 10), ABC Corp(s) (1 through 10), XYZ Partnership(s) (1 through 10),<br><br>　　　　Defendant(s) | Civil Action No. 3:25-cv-11278<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

**DEFENDANTS BEAVER VALLEY HOSPITALITY ASSOCIATES I, L.P.; BEAVER VALLEY HOSPITALITY ASSOCIATES, II; MILLCRAFT HOSPITALITY MANAGEMENT, INC., MILLCRAFT HOSPITALITY, L.P.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 PARTIES**

　　Defendants Beaver Valley Hospitality Associates I, L.P.; Beaver Valley Hospitality Associates, II; Millcraft Hospitality Management, Inc. and Millcraft Hospitality, L.P. hereby file the instant Rule 7.1 Corporate Disclosure Statement and aver as follows:

　　1.　　Defendant Beaver Valley Hospitality Associates, I, L.P. is a Limited Partnership formed and with its principal place of business in Pennsylvania.

　　2.　　Defendant Beaver Valley Hospitality Associates, II, L.P. is a Limited Partnership formed and with its principal place of business in Pennsylvania.

　　3.　　Defendant Millcraft Hospitality L.P. a Limited Partnership formed and with its

principal place of business in Pennsylvania.

4. Defendant Millcraft Hospitality Management, Inc. is formed and has its principal place of business in Pennsylvania.

5. Defendant Millcraft Hospitality Management, Inc. has no parent corporation owning 10% or more of its stock.

By: _____
**GOLDBERG SEGALLA LLP**
Mailing address: PO Box 580, Buffalo, NY 14201
301 Carnegie Center, Suite 200
Princeton, NJ 08540-6587
609-986-1300
Fax: 609-986-1301
Attorneys for Defendant(s) Beaver Valley
Beaver Valley Hospitality Associates I, L.P.;
Beaver Valley Hospitality Associates, II;
Millcraft Hospitality Management, Inc.,
Millcraft Hospitality, L.P.

Dated: December 12, 2025