THE LAW OFFICES OF

# RICHARD MALAGIERE

A PROFESSIONAL CORPORATION

www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>SUITE 300A<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney*<br><br>Of Counsel<br>**Frank D. Rivellini**<br>**Francis J. DeVito** |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509-4180
Writer's e-mail: les@malagierelaw.com

March 20, 2026

**VIA CM/ECF**
The Honorable Tonianne J. Bongiovanni, U.S.M.J
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street – Courtroom 6E
Trenton, New Jersey 08608

> **Re:    FIELD v. BEAVER VALLEY HOSPITALITY ASSOC, .L.P. et al**
> **Civil Action No.: 3:25-cv-11278-GC-TJB**

Dear Judge Bongiovanni:

This office represents plaintiff in the above matter. Please accept this letter as the joint status report on behalf of all parties.

This matter has been administratively stayed so the parties can pursue settlement discussions.

Our client, Charles Field, Sr. passed away at the end of last month. We are working to confirm the status of his estate and the appointment of the estate's representative to ensure that we are advising and receiving directions from the correct person.

We are also working to ascertain whether any of Mr. Field's medical providers attribute his death to the accident that forms the basis of this action since that will

impact plaintiff's settlement position and/or the need to amend the complaint to include a wrongful death claim.

The parties respectfully request that the Court continue the administrative stay for 45 days to allow us to complete this work and continue to explore settlement.

Thank you.

Respectfully submitted,

s/ Leonard Seaman
LEONARD E. SEAMAN

LES/me

cc:   Michael J. Leegan, Esq. (via CM/ECF)
Client (via email)

2