THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

**Richard Malagiere**
*Member NJ & NY Bar*
*Registered Patent Attorney*

250 MOONACHIE ROAD
SUITE 300A
MOONACHIE, NJ 07074
201.440.0675
FAX: 201.440.1843

100 CHURCH STREET
SUITE 800
NEW YORK, NEW YORK 10007
212.879.5580
FAX: 212.879.5583

**Michael Kahn**
*Registered Patent Agent*
**Leonard E. Seaman**
*Certified Civil Trial Attorney*

Of Counsel
**Frank D. Rivellini**
**Francis J. DeVito**

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509-4180
Writer's e-mail: les@malagierelaw.com

May 22, 2026

**<u>VIA CM/ECF</u>**
The Honorable Tonianne J. Bongiovanni, U.S.M.J
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street – Courtroom 6E
Trenton, New Jersey 08608

> **Re:    FIELD v. BEAVER VALLEY HOSPITALITY ASSOC, .L.P. et al**
> **Civil Action No.: 3:25-cv-11278-GC-TJB**

Dear Judge Bongiovanni:

This office represents plaintiff in the above matter. We have conferred with defendants' counsel and submit this letter as the joint status report.

As we previously advised, Charles Field, Sr. passed away in April of this year.

Since our last report to the Court, we have confirmed that Mr. Field had a will. However, the will appointed his widow as executrix, and given her advanced age, neither Mrs. Field nor her adult children believe she is capable of serving as the estate's representative. Her son, Charles Field, Jr., is prepared to do so. He will work with a probate attorney to process the estate thought the Surrogate's Office in Ocean County.

From my informal discussions with family members, they are inclined to continue to pursue the claims in this case. I am meeting with all interested family members by Zoom next week to confirm this.

Counsel for defendants and I have discussed the foregoing. He will confer with his clients' carrier to determine if there is any prospect of an amicable resolution of the matter before the parties incur more litigation expenses.

Based on the foregoing, the parties respectfully request that the Court continue the administrative stay for 30 days. If the parties have not been able to resolve this matter by that time, we will be prepared to proceed with the matter with an appropriate representative of the plaintiff in place.

Thank you.

Respectfully submitted,

s/ Leonard Seaman
LEONARD E. SEAMAN

LES/me

cc:   Michael J. Leegan, Esq. (via CM/ECF)
      Client (via email)

It is on this 2nd day of June, 2026,
SO ORDERED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.

In light of the foregoing, this case shall remain administratively stayed. The parties shall submit an additional status update by July 7, 2026.

2