THE LAW OFFICES OF

# RICHARD MALAGIERE

A PROFESSIONAL CORPORATION

www.malagierelaw.com

**Richard Malagiere**
*Member NJ & NY Bar*
*Registered Patent Attorney*

250 MOONACHIE ROAD
SUITE 300A
MOONACHIE, NJ 07074
201.440.0675
FAX: 201.440.1843

100 CHURCH STREET
SUITE 800
NEW YORK, NEW YORK 10007
212.879.5580
FAX: 212.879.5583

**Michael Kahn**
*Registered Patent Agent*
**Leonard E. Seaman**
*Certified Civil Trial Attorney*

Of Counsel
**Frank D. Rivellini**
**Francis J. DeVito**

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509-4180
Writer's e-mail: les@malagierelaw.com

July 17, 2026

**<u>VIA CM/ECF</u>**
The Honorable Tonianne J. Bongiovanni, U.S.M.J
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street – Courtroom 6E
Trenton, New Jersey 08608

> **Re:  FIELD v. BEAVER VALLEY HOSPITALITY ASSOC., L.P. et al**
> **Civil Action No.: 3:25-cv-11278-GC-TJB**

Dear Judge Bongiovanni:

This office represents plaintiff in the above matter. Please accept this letter as a status report regarding the above matter.

Since our last report, the late Mr. Field's family encountered unexpected issues with his widow's declining health and had to focus their efforts on placing her in an assisted living facility. Mrs. Field is named as the executor of her late husband's estate but acknowledges that she cannot serve in that capacity. The will names her son, Charles, Jr., as successor executor, and his sister, the only other heir, does not object.

We expect that the Ocean County Surrogate will formally appoint him as the executor in the coming weeks.

Therefore, we respectfully request leave to amend the complaint to substitute the Estate of Charles Field as the plaintiff in this action and that the Court schedule a conference where we can establish a schedule for discovery.

Thank you.

Respectfully submitted,

s/ Leonard Seaman
LEONARD E. SEAMAN

LES/me

cc:   Michael J. Leegan, Esq. (via CM/ECF)
      Client (via email)

2